IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-cr-32-H

UNITED STATES OF AMERICA       :
                               :
     v.                        :
                               :
RAMEIK DESEN ANDERSON          :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, RAMEIK DESEN ANDERSON, on September 11, 2017 to violations of 18 U.S.C. §§ 922(g)(1) and 924, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit, Smith & Wesson, Model 36, .38 caliber revolver bearing Serial Number J639534, and any and all accompanying ammunition;

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3); It is hereby ORDERED,

ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant RAMEIK DESEN ANDERSON, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law,

including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 5th day of Dec, 2017.

MALCOLM J. HOWARD
United States District Judge